PS 8 Revised 07
MD/TN Revised 06/13

# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF TENNESSEE

U.S.A. vs. Teresa Dianne Powell                                   Docket No. 0650 2:13CR00001 - 2

## Petition for Action on Conditions of Pretrial Release

COMES NOW Dariel S Blackledge-White, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Teresa Dianne Powell who was placed under pretrial release supervision by the Honorable Joe B. Brown, U.S. Magistrate Judge sitting in the Court at **Nashville, Tennessee**, on April 10, 2013, under the following conditions: Please reference the attached Order Setting Conditions of Release.

Respectfully presenting petition for action of Court and for cause as follows:
Please reference page two of this document.

I declare under penalty of perjury that the foregoing is true and correct.

Dariel S Blackledge-White /s/            Nashville, TN                    October 24, 2013
U.S. Pretrial Services Officer            Place:                           Date:

**Next Scheduled Court Event**

| Event | Date |
|---|---|
|  |  |

## PETITIONING THE COURT

☐ No Action                             ☒ To issue an order setting a hearing on the petition
☐ To Issue a Warrant                    ☐ Other

THE COURT ORDERS:
☐ No Action
☐ The Issuance of a Warrant.
    ☐ Sealed Pending Warrant Execution
       (cc: U.S. Probation and U.S. Marshals only)
☐ Other

☒ A Hearing on the Petition is set for

Tuesday, November 12, 2013   1:30 p.m.
Date                          Time

Considered and ordered this 25th day of October, 2013, and ordered filed and made a part of the records in the above case.

/s/ Joe B. Brown
Honorable Joe B. Brown
U.S. Magistrate Judge

Honorable Joe B. Brown
U.S. Magistrate Judge
Petition for Action on
POWELL, TERESA DIANE
Case No. 2:13-CR-00001-02
October 24, 2013

On April 5, 2013, defendant Teresa Diane Powell a/k/a "Tess," appeared before Your Honor for an Initial Appearance as a result of being charged with the following, to wit:

> Ct. 1: Conspiracy to Distribute Oxycodone, in violation of 21 U.S.C. § 846, and
> Cts. 2-4: Distribution of Oxycodone, in violation of 21 U.S.C. § 841(a)(1).

The Government did not file a Motion for Detention, and on April 10, 2013, the defendant was released on a personal recognizance bond with pretrial supervision.

**Special Conditions of Release:**

Please reference the attached Order Setting Conditions of Release.

**VIOLATION(S):**

**Violation No. 1: Submit to any testing required by the pretrial services officer or the supervising officer to determine whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.**

On September 10, and on September 23, 2013, the defendant failed to report to the U.S. Probation Office to submit to urinalysis as scheduled. Ms. Powell did not contact this officer subsequent to the missed urine screen on September 23, 2013.

**Current Status of Case:**

On June 7, 2013, the trial date set for July 16, 2013, was continued to a date to be set by separate order. As of this writing, no trial date is set.

**Probation Officer Action:**

This officer has continued to encourage the defendant to remain drug free, and on July 9, 2013, the defendant was placed in Phase 7 of the U.S. Probation Office's Code-a-Phone program, a program whereby defendants call daily to ascertain whether they need to report to the U.S. Probation and Pretrial Services Office to submit a urine screen. With the exception of the initial drug screen on April 10, 2013, which was positive for hydrocodone, all of Ms. Powell's urine screens have been negative.

Honorable Joe B. Brown
U.S. Magistrate Judge
Petition for Action on
POWELL, TERESA DIANE
Case No. 2:13-CR-00001-02
October 24, 2013

On September 10, 2013, the defendant completed a substance abuse and mental health assessment at Cumberland Mountain Mental Health Center, located in Crossville, Tennessee. No substance abuse treatment was recommended; however, individual psychotherapy was recommended. Ms. Powell's next scheduled appointment was October 8, 2013. Pretrial Services has not received confirmation that the defendant attended this appointment.

Due to the defendant's limited mobility due to lack of transportation, on June 11, 2013, she was instructed to contact this officer each Tuesday morning to check in and address any supervision issues. Ms. Powell has failed to maintain adequate means of communication and thus has not complied with this condition.

**Respectfully Petitioning the Court as Follows**:

Although Ms. Powell has ceased use of illegal narcotics, she has failed to report for urine screens as scheduled. Further, her limited communication with the pretrial services officer has made it difficult to reschedule these screens or monitor her sobriety. Therefore, it is respectfully recommended that the defendant be ordered to appear before the Court to show cause as to why her bond should not be revoked.

Assistant U.S. Attorney Blanche Cook has been advised of the above violations.

Approved:

William Burton Putman
Supervisory U.S. Probation Officer


xc: Blanche Cook, Assistant U.S. Attorney
James A. Simmons, Defense Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2-13-cr 1 |
| _Teresa Dinne Powell_ ) | |
| Defendant ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: 11:00 am Wednesday, April 10, 2013
_Place_
Courtroom 783, US. Courthouse 801 Broadway
or Nashville, TN 37203
_Date and Time_

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.


SCANNED

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____    _____
                Custodian                         Date

(X) (7) The defendant must:
    ( ) (a) submit to supervision by and report for supervision to the _____,
        telephone number _____, no later than _____.
    ( ) (b) continue or actively seek employment.
    ( ) (c) continue or start an education program.
    (+) (d) surrender any passport to: _____
    (+) (e) not obtain a passport or other international travel document.
    ( ) (f) abide by the following restrictions on personal association, residence, or travel: *Middle District of TN*
    ( ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: *co defendant except with counsel in defending the case.*
    ( ) (h) get medical or psychiatric treatment: _____
    ( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
    ( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
    (X) (k) not possess a firearm, destructive device, or other weapon.
    ( ) (l) not use alcohol ( ) at all ( ) excessively.
    (X) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
    (X) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
    (+) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
    ( ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
        ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
        ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
        ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
    ( ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
        ( ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer. *and within 72 hours*
    (X) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
    (+) (s) *PTS may visit any location where defendant resides and confiscate any contraband in plain view.*

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Theresa Powell_
*Defendant's Signature*

_Crossville, Tenn. 38555_
*City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 4-5-13

_Joe B. Brown_
*Judicial Officer's Signature*

Joe B. Brown, US Magistrate Judge
*Printed name and title*

DISTRIBUTION: COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL