UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 2:13-cr-00001 |
| v. ) | |
| ) | CHIEF JUDGE HAYNES |
| TIMOTHY POWELL ) | |

*[handwritten annotation: ORDER / This motion is GRANTED. Trial reset 12-4-13]*

## JOINT MOTION TO HOLD DEFENDANT'S MOTIONS IN ABEYANCE

Both parties, in the instant proceeding, have jointly agreed to hold Defendant's pending motions in abeyance while the parties attempt to reach an agreement on the drug quantity. A trial date in the instant case has not been set and the parties are actively working to settle the case. Both parties have agreed to move this Honorable Court to hold Defendant's pending motions in abeyance while the parties attempt to settle the case. Should the parties be unable to reach a resolution, Defendant will file a motion seeking the Government's response to the following motions:

(1) Defendant's First Motion to Transfer. (D.E. 42); and

(2) Defendant's First Motion for Discovery and Exculpatory Evidence. (D.E. 43).

In summary, the parties jointly move to hold the above-referenced pending motions in abeyance while the parties work to resolve the case.

Respectfully submitted,

DAVID RIVERA
United States Attorney
Middle District of Tennessee

s/ *Blanche B. Cook*
BLANCHE B. COOK