UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 2:13-cr-00001 |
| v. | ) | |
| | ) | CHIEF JUDGE HAYNES |
| TIMOTHY POWELL | ) | |

## ORDER

Pending before the Court is Defendant Timothy Powell's Motion to Authorize Access to IPOD for Discovery Review. (Docket Entry 55). The Court rules as follows:

Defendant seeks to use an "IPOD." The decision of what electronic devices to allow in a detention facility is for the facility, not the Court. Having said that, the Court has no objection to the Defendant's request so long as the facility permits it.

It is so ORDERED.

_____
WILLIAM J. HAYNES, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1-21-14